EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Extensión de términos por motivo de concesión del viernes, 28 de noviembre de 2014 | 2014 TSPR 137 192 DPR ____ |

Número del Caso: ER-2014-10


Fecha: 18 de noviembre de 2014


Materia: Extensión de Términos
        (concesión del viernes, 28 de noviembre de 2014)


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Extensión de términos por motivo de concesión del viernes, 28 de noviembre de 2014

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 18 de noviembre de 2014.

Mediante la Orden Administrativa OAJP-2014-006, sobre Medidas de Control de Gastos para el Año Fiscal 2014-2015, se concedió a los funcionarios(as) y empleados(as) de la Rama Judicial el viernes 28 de noviembre de 2014, libre con cargo a la licencia de vacaciones.

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes 28 de noviembre de 2014 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 1 de diciembre de 2014, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo